UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

GEORGE TAYLOR CARL VINES,

      Plaintiff,

v.

CALHOUN COUNTY SHERIFF
DEPARTMENT, et al.,

      Defendants.
_____/

Case No. 1:24-cv-323

Honorable Phillip J. Green

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  May 9, 2024

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge